E-FILED 04/25/14

JS-6

# THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

MARTIN VOGEL,

    Plaintiff,

vs.

PNS STORES, INC. dba BIG LOTS #4002, et al.,

    Defendants.

_____/

Case No. 2:13-cv-01590-PSG-AGR

[Proposed] **Order re: Joint Stipulation for Dismissal**

    Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Martin Vogel and defendant PNS Stores, Inc.,

    IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety as to all parties.

Dated: __4/25/14_____

                                          **PHILIP S. GUTIERREZ**
                                          United States District Judge